496 A.2d 751

**MAGEE MEMORIAL REHABILITATION CENTER, Petitioner,**

**v.**

**Keith W. CRAIG and Joyce S. Craig.**

Supreme Court of Pennsylvania.

July 25, 1985.

Petition for Allowance of Appeal GRANTED, No. 105 E.D. Appeal Docket 1985.